IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY ___SP___ D.C.
05 JUN -6 PM 1:39
ROBERT R. DI TROLIO
CLERK, U.S. DIST CT.
W. D. OF TN JACKSON

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                  No.04-10100-T

BARRY LAMAR WHITE,

    Defendant.

## AMENDED ORDER CONTINUING REPORT DATE, TRIAL AND EXCLUDING DELAY

The government has moved for a continuance of the report date in this case which is set for June 7, 2005, and the trial which is currently set on June 13, 2005. Since counsel for the government has oral argument scheduled before the Court of Appeals in Cincinnati on that date, that motion is hereby granted.

The court finds that the unavailability of the government's counsel and the government's need for continuity of counsel justify this continuance and the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, the trial is continued from June 13, 2005, to July 6, 2005, at 9:30 A.M The resulting period of delay, from June 13, 2005, to July 6, 2005, is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A). A new report date has been set for June 21, 2005, at 8:45 a.m.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE _6 June 2005_

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _6/7/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 1:04-CR-10100 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT