IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 04-10100-T |
| | ) | |
| BARRY WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER DENYING MOTION TO SUPPRESS EVIDENCE

Defendant Barry White, by and through counsel, has moved to suppress the evidence obtained during a search and seizure of a residence located at "the last house on the west side and north end of Burton Street, Jackson, TN" on or about February 23, 2004. A hearing on the motion to suppress was held on July 1, 2005, at which time the court heard the testimony of witnesses and statements of counsel. Based upon the evidence presented, and for the reasons stated in open court on July 1, 2005, defendant's motion to suppress is denied.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_1 July 2005_
DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __7/1/05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 1:04-CR-10100 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT