IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | No. 04cr10100-001-T |
| | ) | |
| BARRY WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

UNITED STATES' MOTION FOR RE-SETTING

COMES NOW the United States of America, by and through Lawrence Laurenzi, Acting United States Attorney, and James W. Powell, Assistant United States Attorney for the Western District of Tennessee, and moves this Honorable Court as follows:

The defendant currently has a court setting date of Wednesday, October 26, 2005 for a sentencing hearing. Counsel for the United States Attorney's Office responsible for the prosecution of this case will be in Cincinnati, Ohio attending a continuing legal education seminar on October 26th.

Movant has discussed the filing of this motion and rescheduling of this matter to another date with Ms. Dianne Smothers, Counsel for the defendant, and requests the defendant's referenced court appearance be continued to Friday, October 28th for the ground set forth above.

WHEREFORE, the government respectfully requests that the defendant's sentencing date be reset from the current date set of October 26 to October 28, 2005.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10/3/05

**MOTION GRANTED**
DATE: 3 Oct 2005

_James D. Todd_
James D. Todd
U.S. District Judge

Respectfully submitted,

LAWRENCE LAURENZI
Acting United States Attorney

JAMES W. POWELL
Assistant United States Attorney
109 South Highland Avenue, Suite 300
Jackson, Tennessee 38301
(731) 422-6220
Tennessee Bar No. 9614

## CERTIFICATE OF SERVICE

I, James W. Powell, Assistant U.S. Attorney for the Western District of Tennessee, do hereby certify that I have this date delivered a true and exact copy of the foregoing to counsel for the defendant, Ms. M. Dianne Smothers, at her address of record, 109 South Highland Avenue, Suite B8, Jackson, Tennessee.

This 30th day of September 2005.

James W. Powell
Assistant United States Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 1:04-CR-10100 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT